**Dismissed and Memorandum Opinion filed November 25, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00738-CV

---

### DAVID CASH MOORE, Appellant

### V.

### SHARON D. ALLEN, ET AL, Appellee

---

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 73303I**

---

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order granting a motion to strike appellant's pleadings to intervene in *Danny Jones v. Sharon D. Allen, et al*, (412th District Court, Brazoria County, Texas, trial court cause number 73301I). Because the record does not contain a final judgment in that case, this is an interlocutory matter that is not permitted to be appealed by statute. *See Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992).

On October 29, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed and appellant's pending motions are denied as moot.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.